**DISTRICT COURT, ROUTT COUNTY, COLORADO**
Court Address: 1955 Shield Drive, Unit 200
                        Steamboat Springs, Colorado 80487
Telephone:          (970) 879-5020

DATE FILED: April 2, 2021 4:44 PM
FILING ID: A5B272AD7B932
CASE NUMBER: 2021CV30026

Plaintiff:    **HDN CONDO ASSOCIATION INC DAN ROTH, a Colorado non-profit corporation**

v.

Defendant:  **WEST AMERICAN INSURANCE COMPANY, an Indiana corporation**

**ATTORNEY FOR PLAINTIFF:**
Gary S. Engle, Esq., Atty. Reg. # 27768
Brent Demmitt, Esq., Atty. Reg # 53258
Sharp, Sherman & Engle, LLC
P. O. Box 774608 / 401 Lincoln Avenue
Steamboat Springs, CO  80477
Phone Number:  (970) 879-7600
FAX Number:   (970) 879-8162
E-mail:  engle@steamboatlawfirm.com
demmitt@steamboatlawfirm.com

Case Number:

Div.:       Ctrm:

# COMPLAINT

COMES NOW PLAINTIFF, HDN Condo Association Inc Dan Roth, by and through undersigned counsel and as and for their claim against Defendant West American Insurance Company, hereby allege as follows:

## THE PARTIES

1.      Plaintiff HDN Condo Association Inc Dan Roth ("Plaintiff") is Colorado non-profit corporation with a principal place of business in Colorado.

2.      Defendant West American Insurance Company ("West American") is an Indiana corporation registered to conduct business in the State of Colorado, with its principal place of business at 350 E. 96th Street, Indianapolis, IN 46240.

## JURISDICTION AND VENUE

3.      The events complained of and at issue herein took place in Routt County, Colorado.

4. The Court has jurisdiction over this case under Colo. Const. Art. VI § 9.

5. Venue is appropriate in this Court pursuant to C.R.C.P. 98.

## FACTUAL BACKGROUND

6. Plaintiff owns the real property located at 11430 County Road 51a, Hayden, Colorado (the "Property").

7. Plaintiff HDN Condo Association Inc Dan Roth is the named insured by a Colorado Commercial Policy placed by Liberty Mutual Insurance ("Liberty") *via* Alpine Insurance Agency ("Alpine"), with a policy number of BKW577503472 (the "Policy").  A copy of the Policy is attached hereto as **Exhibit 1.**

8. The Policy is underwritten by Defendant West American.

9. On or about April 4, 2019, Plaintiff discovered damage to the roof of the Property (the "Damage") and called Alpine to inform them of the Damage.

10. Plaintiff initiated a claim with Defendant West American and was assigned the claim number 23533626 (the "Claim").

11. Plaintiff cannot determine, and Defendant West American has not stated, any reasonable justification, pursuant to the Policy, for Defendant West American to have delayed or denied the Claim.

12. Defendant West American denied the Claim in a letter dated January 5, 2021.  A copy of the denial letter is attached hereto as **Exhibit 2.**

13. Plaintiff is a first-party claimant as defined in Colorado Statutes Annotated ("C.R.S.") § 10-3-1115(1)(b)(I).

14. C.R.S. § 10-3-1116(1) states, "A first-party claimant as defined in section 10-3-1115, whose claim for payment of benefits has been unreasonably delayed or denied may bring an action in a district court to recover reasonable attorney fees and court costs and two times the covered benefit."

## CLAIM FOR RELIEF
### *Breach of Contract*

15. Plaintiff realleges and incorporates each and every allegation as if fully set forth herein.

16.     The Policy is a legally binding contract between Plaintiff and Defendant West American.

17.     Pursuant to the Policy, West American has an obligation to provide loss coverage for snow-related damage to the roof.

18.     West American breached the contract by denying Plaintiff's claim and failing to provide coverage for the Damage.

19.     As a direct and proximate cause of West American's breach, Plaintiff has suffered damages by an amount to be proven by the evidence at trial.

20.     Despite demand, West American has refused to comply with the contract, and cover the loss damages suffered by Plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

a.     Judgment against West American for an amount to be proven at trial,

b.     Double damages pursuant to C.S.A. § 10-3-1116(1);

c.     An award of attorneys' fees and costs; and

d.     For such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 2nd day of April, 2021.

SHARP, SHERMAN & ENGLE, LLC

*Original signature on file for review upon request at the Office of Sharp, Sherman & Engle LLC*

By: */s/ Brent Demmitt*
Brent Demmitt, Esq., Atty. # 53258
P. O. Box 774608
Steamboat Springs, CO 80477
*Attorney for Plaintiff*

**Plaintiff's Address:**
P.O. Box 772483
Steamboat Springs, Colorado 80477