IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
UNITED STATES MAGISTRATE JUDGE GORDON P. GALLAGHER

Civil Action No. 1:21-cv-02232-REB-GPG

**HDN CONDO ASSOCIATION INC. DAN ROTH,**
**Plaintiff,**

v.

**WEST AMERICAN INSURANCE COMPANY,**
**Defendant.**

---

### ORDER RE Joint MOTION to Amend/Correct/Modify Scheduling Order

---

With regard to the Joint MOTION to Amend/Correct/Modify Scheduling Order filed by the parties on May 27, 2022, for the reasons set forth therein the Court hereby grants the Order and states that the following deadlines now control in this matter and supercede the prior dates.

|  | Current Deadline | Proposed Amended Deadline |
| --- | --- | --- |
| Written Discovery Deadline | June 10, 2022 | June 20, 2022 |
| Rebuttal Expert Disclosure | May 27, 2022 | June 10, 2022 |
| Discovery Cut-Off | June 10, 2022 | July 29, 2022 |
| Dispositive Motions | July 29, 2022 | August 28, 2022 |
| Trial Preparation Conference | January 25, 2023 | January 25, 2023 |
| Trial | February 6, 2023 | February 6, 2023 |

BY THE COURT:

Dated this 31st day of May, 2022.

USMJ Gordon P. Gallagher