IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02232-REB-GPG

HDN CONDO ASSOCIATION INC. DAN ROTH,

Plaintiff,

v.

WEST AMERICAN INSURANCE COMPANY,

Defendant.

### NOTICE OF SETTLEMENT

Defendant, West American Insurance Company, by and through its undersigned counsel, with the consent of counsel for Plaintiff, hereby submits this Notice of Settlement as follows:

1. The parties have reached a settlement in the above-captioned case.

2. It is anticipated that settlement documents will be finalized and appropriate dismissal papers filed with the Court on or before July 25, 2022.

Respectfully submitted this 29th day of June, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

s/ Jon M. Ludwig
Brian J. Spano, Esq.
Holly C. White, Esq.
Jon M. Ludwig, Esq.
1601 19th Street., Suite 1000
Denver, CO 80202
Tel.: 303.623.9000
Email:   hwhite@lrrc.com
         jludwig@lrrc.com

*Attorneys for Defendant*
*West American Insurance Company*

118058671.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2022, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed via the CM/ECF system which caused it to be served upon the following:

Gary S. Engle Esq.
Brent Demmitt, Esp.
SHARP, SHERMAN & ENGLE LLC
PO Box 774608/401 Lincoln Avenue
Steamboat springs, CO 80477
Telephone: (970) 879-7600
Email: engle@steamboatlawfirm.com
　　　　demmitt@steamboatlawfirm.com

*Attorneys for Plaintiff  HDN Condo Assoc.*

　　　　　　　　　　　　　　　　　　　　　　*s/ Jon M. Ludwig*
　　　　　　　　　　　　　　　　　　　　　　Jon M. Ludwig, Esq.

2

118058671.1